**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-1774**
_____

KAREN KELLY, on Behalf of Joanne Coggins, pro se,

Plaintiff - Appellant,

v.

UNIVERSITY HEALTH SYSTEMS; DUPLIN GENERAL HOSPITAL,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. Louise W. Flanagan, District Judge. (7:11-cv-00024-FL)

_____

Submitted: November 17, 2011      Decided: November 22, 2011

_____

Before KING, DAVIS, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Karen Kelly, Appellant Pro Se.  John D. Martin, Carolyn Pratt, CRANFILL, SUMNER & HARTZOG, LLP, Wilmington, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karen Kelly, on behalf of Joanne Coggins, appeals the district court's order denying her motion for leave to amend and for appointment of counsel, which were filed in her underlying Emergency Medical Treatment and Active Labor Act action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Kelly v. Univ. Health Sys., No. 7:11-cv-00024-FL (E.D.N.C. June 21, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED